```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
ANTHONY MORGAN AND DAVID
NIEVES, as Putative
Administrators of the Estate of              ORDER
Their Brother Michael Nieves
                                          23 Civ. 1079 (NRB)
              Plaintiffs,

         - against -

CITY OF NEW YORK AND DOES #1-
11,

              Defendants.

-------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS, the Court held an initial pretrial conference on May 17, 2023; and

WHEREAS, plaintiffs' counsel submitted a proposed discovery schedule on May 26, 2023; and

WHEREAS, the Corporation Counsel for the City of New York filed a letter on June 1, 2023, requesting a stay of discovery pending the ongoing New York City Department of Correction ("DOC") investigation; and

WHEREAS, plaintiffs' counsel filed a letter on June 6, 2023 opposing the stay; and

WHEREAS, plaintiff has not articulated any actual prejudice resulting from briefly holding the case in abeyance; it is hereby

**ORDERED** that the case is stayed for ninety (90) days; it is

further

**ORDERED** that prior to the expiration of the 90 days, the Corporation Council shall provide a status update on the expected duration of the investigation and the basis for any requested continuance of the stay.

Dated:   New York, New York
         June 12, 2023

                                      NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE