```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
ANTHONY MORGAN AND DAVID
NIEVES, as Putative
Administrators of the Estate of                ORDER
Their Brother Michael Nieves
                                           23 Civ. 1079 (NRB)
              Plaintiffs,

         - against -

CITY OF NEW YORK AND DOES #1-
11,

              Defendants.
-------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    WHEREAS, the Court stayed discovery for ninety (90) days on June 12, 2023 pending the completion of the ongoing New York City Department of Correction ("DOC") investigation;

    WHEREAS, the Court ordered that the Corporation Counsel for the City of New York provide a status update by September 12, 2023;

    WHEREAS, the Corporation Counsel for the City of New York requested a one-week extension to provide a status update, which the Court granted;

WHEREAS, the Corporation Counsel for the City of New York provided a status update on September 19, 2023, stating that the DOC investigation has closed and that there is no basis to continue the stay; it is hereby

**ORDERED** that the stay be lifted.

Dated:  New York, New York
        September 28, 2023

                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE