# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
EARL S. WARD
O. ANDREW F. WILSON

VASUDHA TALLA

ERIC ABRAMS
NAIRUBY L. BECKLES
DAVID BERMAN
NICK BOURLAND
DANIEL M. EISENBERG
SARA LUZ ESTELA
ANDREW K. JONDAHL
SANA MAYAT
HARVEY PRAGER
VIVAKE PRASAD
MAX SELVER
EMILY K. WANGER

October 20, 2023

*Via ECF*

Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *Morgan et al. v. City of New York*, No. 23 Civ. 1079 (NRB)

Dear Judge Buchwald:

This firm represents Plaintiffs Anthony Morgan and David Nieves, the brothers of decedent Michael Nieves and the administrators of his estate, in the above-captioned matter. As discussed during the October 16, 2023 teleconference with the Court, we write jointly with counsel for the City of New York to respectfully request that the Court endorse the discovery schedule proposed below.

1. The parties shall exchange initial disclosures on or before **October 30, 2023**;
2. The parties shall serve initial document requests and interrogatories on or before **December 4, 2023**;
3. The deadline to amend the pleadings shall be **February 2, 2024;**
4. The deadline to complete fact discovery shall be **May 31, 2024;**
5. Expert reports shall be due **45 days after the close of fact discovery**, with any rebuttal expert reports due **45 days thereafter**;
6. The deadline to complete expert discovery shall be **60 days after the disclosure of all expert reports**; and
7. The parties shall submit a status report to the Court **every 60 days**.

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
Page 2

  We thank the Court for its consideration.

            Respectfully submitted,

             /s
            Jonathan S. Abady
            Samuel Shapiro
            Emily K. Wanger

cc: All Counsel of Record (via ECF)

```
                    Application granted.

                    [signature]
                    NAOMI REICE BUCHWALD
                    UNITED STATES DISTRICT JUDGE

          Dated: October 23, 2023
                 New York, New York
```