UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY MORGAN and DAVID NIEVES, as Administrators of the Estate of Their Brother Michael Nieves,

Plaintiffs,

– against –

CITY OF NEW YORK, CAPTAIN MARY TINSLEY-THOMAS, CORRECTION OFFICER JALIL TELEMAQUE, CORRECTION OFFICER BEETHOVEN JOSEPH, and CORRECTION OFFICER JERON SMITH,

Defendants.

No. 23 cv 1079

### [PROPOSED] ORDER TO PRODUCE MEDICAL RECORDS

It is hereby ORDERED that NYC Health & Hospitals/Correctional Health Services and the City of New York shall produce to Plaintiffs Anthony Morgan and David Nieves all documents in their possession concerning the death of Michael Nieves, DOB 02/02/1982, and Mr. Nieves's entire medical record. All documents produced pursuant to this Order should be unredacted.

Dated: August 8, 2024
New York, New York

SO ORDERED:

_____
U.S.D.J.