UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY MORGAN and DAVID NIEVES, as Administrators of the Estate of Their Brother Michael Nieves,<br><br>Plaintiffs,<br><br>– against –<br><br><br>CITY OF NEW YORK, CAPTAIN MARY TINSLEY-THOMAS, CORRECTION OFFICER JALIL TELEMAQUE, CORRECTION OFFICER BEETHOVEN JOSEPH, and CORRECTION OFFICER JERON SMITH,<br><br>Defendants. | No. 23 cv 1079 |

## ~~[PROPOSED]~~ ORDER TO PRODUCE MEDICAL RECORDS

It is hereby ORDERED that the City of New York shall produce to all parties in the above-captioned action all documents in its possession concerning Michael Nieves, DOB 02/02/1982, that it has received from NYC Health and Hospitals/Correctional Health Services. The Court finds, pursuant to New York Mental Hygiene Law 33.13(c)(1), that the interests of justice in producing these records significantly outweigh the need for confidentiality.

It is further ORDERED that NYC Health and Hospitals/Correctional Health Services shall produce to all parties in the above-captioned action all documents in its possession concerning the death of Michael Nieves, DOB 02/02/1982, as well as the entire medical record for Michael Nieves, DOB 02/02/1982, including his mental health records. The Court finds, pursuant to New York Mental Hygiene Law 33.13(c)(1), that the interests of justice in producing these records significantly outweigh the need for confidentiality.

1

It is further ORDERED that all documents produced pursuant to this Order should be unredacted.

.

Dated: August 28, 2024
New York, New York

SO ORDERED.

*Naomi Reice Buchwald*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Case 1:23-cv-010799-NRB Document 8451 Filed 08/28/24 Page 2 of 2

2