**MEMO ENDORSED.**



| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **JACQUELYN A. DAINOW**<br>*Senior Counsel*<br>Phone: (212) 356-0896<br>Email: jadainow@law.nyc.gov |

May 6, 2025

VIA ECF
Hon. Ona T. Wang
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Application **GRANTED**. The conference currently scheduled for May 8 is adjourned to **Thursday, May 15, 2025, at 2:30 p.m.**

**SO ORDERED.**

Ona T. Wang
U.S.M.J.

May 7, 2025

Re: Morgan, *et al.* v. City of New York, *et al.*, No. 23-cv-1079 (NRB)(OTW)

Your Honor:

      I am a Senior Counsel in the Office of the Corporation Counsel, attorney for Defendants the City of New York and Correction Officer Jalil Telemaque ("City Defendants") in the above-referenced matter. City Defendants have conferred with all parties and respectfully request an adjournment of the May 8, 2025 conference to May 15, 2025 (from 11:30 am – 3 pm or 4 pm – 5:30 pm), May 16, 2025 (before 2 pm), May 23, 2025 (before 12 pm), or a date thereafter convenient to the Court. This is City Defendants' first request for an adjournment of this date, and all parties consent to this request.

      On April 29, 2025, this Court scheduled a preliminary settlement conference call for May 9, 2025 (ECF No. 104). On May 6, 2025, this Court rescheduled the May 9, 2025 pre-settlement conference call to May 8, 2025 (ECF No. 105). The reason for the requested adjournment is that the undersigned has a prior commitment on May 8, 2025 that cannot be rescheduled.

      Accordingly, City Defendants, on consent of all parties, respectfully request that the May 8, 2025 conference be adjourned to May 15, 2025 (from 11:30 am – 3 pm or 4 pm – 5:30 pm), May 16, 2025 (before 2 pm), May 23, 2025 (before 12 pm), or a date thereafter convenient to the Court.

      I thank the Court for its time and consideration in this matter.

Respectfully submitted,

*Jacquelyn Dainow*

Jacquelyn A. Dainow
*Senior Counsel*

cc:     All counsel of record (via ECF)