# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
ONE ROCKEFELLER PLAZA
8TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

DANIEL M. EISENBERG
VASUDHA TALLA

CLAIRE Z. ABBADI
ERIC ABRAMS
NICK BOURLAND
HANNAH BRUDNEY
SARA LUZ ESTELA
BIANCA HERLITZ-FERGUSON
LAURA S. KOKOTAILO
SONYA LEVITOVA
HAFSA S. MANSOOR
SANA MAYAT
DANIEL A. PEÑA
VIVAKE PRASAD
MAX SELVER
MAGGIE TURNER
EMILY K. WANGER
RACHAEL WYANT
SYDNEY ZAZZARO

November 3, 2025

***Via ECF***

Hon. Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Morgan et al. v. City of New York*, 23-cv-1079 (NRB)

Dear Judge Wang:

    This firm represents Plaintiffs Anthony Morgan and David Nieves in this case. We write respectfully to request an adjournment of the preliminary settlement conference calls that the Court scheduled for Tuesday, December 2, 2025. As a result of vacation schedules, our firm will not be available until December 11, 2025 or thereafter for the preliminary settlement conference call. We respectfully request that the Court reschedule the two conference calls for a date on or after December 11, 2025. Counsel for all Defendants consent to this request.

**SO ORDERED**:

Application **Granted**. The December 2nd conferences are adjourned to **December 12, 2025** at 11:00 a.m. for plaintiff's counsel and 11:30 a.m. for defense counsel. Clerk of Court is directed to close gavel at ECF 119.

_____

**Ona T. Wang**    11/5/25 United States Magistrate Judge

Sincerely,

/s

Emily Wanger