EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
VASUDHA TALLA
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
ONE ROCKEFELLER PLAZA
8TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

DANIEL M. EISENBERG

CLAIRE Z. ABBADI
ERIC ABRAMS
NICK BOURLAND
HANNAH BRUDNEY
SARA LUZ ESTELA
ALBERT HUBER*
LAURA S. KOKOTAILO
HAFSA S. MANSOOR
SANA MAYAT
ADAM NASSER
VIVAKE PRASAD
MAX SELVER
MAGGIE TURNER
EMILY K. WANGER
RACHAEL WYANT
SYDNEY ZAZZARO

July 9, 2026

***Via ECF***

**MEMO ENDORSED.**

Hon. Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*Morgan et al. v. City of New York*, 23-cv-1079 (NRB)

Dear Judge Wang:

This firm represents Plaintiffs Anthony Morgan and David Nieves in the above-captioned case. We write to request an adjournment of the settlement conference scheduled for August 5, 2026. *See* Dkt. 133. Plaintiffs request the adjournment because Plaintiffs' counsel will be out of town on August 5, 2026. Defendants' counsel consents to this request.

The parties have conferred, and all parties are available to conduct a settlement conference on August 19, 2026 (after 2:00 p.m.), August 24, 2026, and August 25, 2026. We respectfully request that the settlement conference be adjourned to any of these dates that is convenient for the Court.

Respectfully submitted,

/s

Jonathan S. Abady
Samuel Shapiro

The August 5, 2026 settlement conference is **ADJOURNED** to **August 25, 2026, from 10 a.m. - 1 p.m.** Accordingly, the parties' settlement submissions are now due **August 18, 2026.**

**SO ORDERED.**

Ona T. Wang July 10, 2026
U.S.M.J.