KARASYK & MOSCHELLA, LLP
COUNSELORS AT LAW

MEMO ENDORSED
pg.2

PHILIP KARASYK
JAMES M. MOSCHELLA
MARISSA B. GILLESPIE
JEANNETTE BALDASSARRE
RENA C. DAWSON
MERCEDES M. MALDONADO
ANN M. SCHNEIDER

OF COUNSEL
SHIVA BAHMANI
JOHN W. BURNS
MICHAEL A. PALLADINO
BARRY WASHOR
YESENIA RIVERA-SIPES
JESSICA SALLES

July 22, 2026

**VIA ECF:**
Honorable Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: Morgan, et al. v. City of New York, et al.**
**Dkt: 23-cv-1079 (NRB)(OTW)**

Your Honor:

Our firm represents individually named defendants New York City Correction Officers Beethoven Joseph and Jeron Smith in the above referenced matter. We write to request an adjournment of the settlement conference scheduled for August 25, 2026 (ECF Dkt. 135). Defendants Joseph and Smith request the adjournment because I, their counsel, will be out of town on August 24th and 25th, 2026. When I consented to the adjournment of the settlement conference to August 25, 2026, I was not aware this business related conference conflicted with the settlement conference. All counsel have consented to this request.

The parties have conferred, and all parties are available to conduct a settlement conference on August 19, 2026. I respectfully request that the settlement conference be adjourned to that date or another date that is convenient for the Court. If the Court grants this request, the parties settlement submissions would now be due Wednesday, August 12, 2026.

I thank the Court for its time and consideration of this application.

Respectfully submitted,

*John W. Burns*
John W. Burns, Esq.

Via: ECF to All Counsel

**SO ORDERED:**

Application for adjournment is GRANTED.

The new conference date will be held on August 27, 2026 at 10:00 a.m.
Submissions due August 20th.

Ona T. Wang 7/28/26
United States Magistrate Judge