UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
ANTHONY MORGAN AND DAVID NIEVES, AS ADMINISTRATORS OF THE ESTATE OF THEIR BROTHER MICHAEL NIEVES,

PLAINTIFFS,

- AGAINST -

CITY OF NEW YORK, CAPTAIN MARY TINSLEY-THOMAS, CORRECTION OFFICER JALIL TELEMAQUE, CORRECTION OFFICER BEETHOVEN JOSEPH, AND CORRECTION OFFICER JERON SMITH,

DEFENDANTS.
---------------------------------------X

**ORDER**

23 Civ. 01079(NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that the parties have reached a settlement in principle in this case, it is hereby

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 60 days.

DATED: New York, New York
November 10, 2026

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE